Ilonka Aylward
v.
City of Charlotte
and
Charlotte-Mecklenburg Stormwater Services (a.k.a. "Charlotte Stormwater Services,"
a.k.a. "Charlotte/Mecklenburg Storm Water," a.k.a. "Charlotte Storm Water Services,"
a.k.a. "City of Charlotte Storm Water Services")
and
Armstrong Glen, P.C.
and
Joseph ("Josh") H. Letourneau, P.E.

**Ilonka Aylward's Complaint**

# Exhibit 1

December 6, 2018

Ilonka Aylward
2813 Hinsdale St.
Charlotte, NC 28210

Subject: Evaluation of Potential Impact to 2813 Hinsdale St. by a Proposed Charlotte Mecklenburg Storm Water Drainage Improvements Project

Dear Dr. Aylward,

This correspondence is to document the findings of a field inspection and evaluation of the impact of a proposed stormwater improvements project at your residential property at the above referenced address. After a review of the plans and an evaluation of the site conditions, I offer the following opinion. The plan, as it is currently proposed, poses substantial risk to the structural integrity of your residence, both during construction and in later years. Sewer manhole #2 on sheet U1, which is the closest to your residence, will be approximately 12' deep and will be constructed on a 24' high slope that exceeding 2:1 in slope. A 2:1 slope (a slope that drops 1' within 2' of travel) is the maximum slope that is typically considered stable. The steepness of this slope makes any construction in this area difficult, expensive, and subject to erosion and slope failure. This proposed manhole is within 24' of the corner of your foundation which is 12' above the proposed manhole location. Considering all these factors, the probability of soil settlement either during or after construction is significant.

Along with improving stream hydraulics, Charlotte-Mecklenburg Storm Water Services is attempting to better safeguard their sewer collection system by lowering the lines at the creek crossings below the creek bottom. This will require rock removal using either blasting or another nonconventional construction method which will also increases the probability of damaging your residence.

I offer the following recommendation which will eliminate the possibility of damaging your residence and in my opinion reduce construction cost associated of the sewer line construction. The sewer line currently zig-zags back and forth and crosses the creek in two locations (sheet U-1 and sheet U-6). Charlotte-Mecklenburg Storm Water Services should relay the sewer line on the northeast side of the creek from sheet U-6 up to and into the proposed manhole 4 on sheet U-1. The topography along the northeast side of the creek is flatter and lower and will allow for easer construction and reduced construction cost. This will eliminate both unnecessary creek crossings, secure the lines from potential washout or damage from floating debris, reduce construction cost, and eliminate the potential damage to your residence.

If you should have any questions, please contact me at (704) 922-0024.

Johnny H. Denton, PE, PLS
Diamond Engineering, PLLC

SEAL
23530

Civil Engineering & Surveying
Site & Subdivision Planning
Erosion & Storm Water Control
Water & Sewer Design
Municipal Engineering

440 Old NC 277 Loop Road

Dallas, N.C. 28034

Phone: (704) 922-0024