Ilonka Aylward
v.
City of Charlotte
and
Charlotte-Mecklenburg Stormwater Services (a.k.a. "Charlotte Stormwater Services,"
a.k.a. "Charlotte/Mecklenburg Storm Water," a.k.a. "Charlotte Storm Water Services,"
a.k.a. "City of Charlotte Storm Water Services")
and
Armstrong Glen, P.C.
and
Joseph ("Josh") H. Letourneau, P.E.

**Ilonka Aylward's Complaint**

# Exhibit 2



**Diamond Engineering, PLLC**

June 17, 2019

Ilonka Aylward
2813 Hinsdale St.
Charlotte, NC 28210

Subject: Evaluation of Potential Impact to 2813 Hinsdale St. by a Proposed Charlotte Mecklenburg Storm Water Drainage Improvements Project

Dear Dr. Aylward,

This correspondence is to document the findings of a review of the proposed plans to replace the storm drainage culvert on Hinsdale Street, adjacent to your property. I have reviewed, in particular, the slope at the southwest corner of the culvert. The slope closest to your residence, is proposed to be 1.5-1. The Slopes at all the other corners of the culvert is proposed to be 2:1. A typical and maintainable maximum slope for soils in the piedmont of North Carolina is 2:1. Slopes steeper than 2:1 are subject to slope failure and erosion due to the inability to obtaining and maintain an adequate vegetative cover. This proposed unstable slope is uncomfortable close to your residence and it is my recommendation that a redesign in this area is warranted. Grading in this area will destroy the existing stable vegetation and structures and will subject the house foundation to blasting and vibration from moving construction equipment.

My recommendation is that the end of the wing wall be rotated toward the creek and away from your residence. This would reduce the cut, reduce the slope, and eliminate the risk to your residence. Because the creek is bending to the left in this location, angling the wingwall away from your residence will also protect the creek bank in this area. This proposed change shouldn't cost any additional money to construct and can be constructed below the 616 contour which will limit the danger to your house and reduce the city's easement cost.

You also indicated that the city contractor is planning on storing materials and equipment on your property during construction. The only possible location for this would be across the creek from your house on the triangular lot of your property bounded by the creek, the road, and your eastern property line. Using this area wouldn't cause a significant disruption to your residence or disturb an area that might erode and cause structural damage to your house. Please review my comments and let me know if you have any additional questions.

If you should have any questions, please contact me at (704) 922-0024.

Johnny H. Denton, PE, PLS
Diamond Engineering, PLLC



Civil Engineering & Surveying
Site & Subdivision Planning
Erosion & Storm Water Control
Water & Sewer Design
Municipal Engineering

440 Old NC 277 Loop Road

Dallas, N.C. 28034

Phone: (704) 922-0024

