Ilonka Aylward
v.
City of Charlotte
and
Charlotte-Mecklenburg Stormwater Services (a.k.a. "Charlotte Stormwater Services,"
a.k.a. "Charlotte/Mecklenburg Storm Water," a.k.a. "Charlotte Storm Water Services,"
a.k.a. "City of Charlotte Storm Water Services")
and
Armstrong Glen, P.C.
and
Joseph ("Josh") H. Letourneau, P.E.


**Ilonka Aylward's Complaint**


# Exhibit 14

**From:** **Keene, John** jkeene@ci.charlotte.nc.us
**Subject:** RE: Re: [EXT] 2813 Hinsdale St
**Date:** April 30, 2019 at 4:26 PM
**To:** aylward@aylwardfamilylaw.com
**Cc:** Lozner, Doug dlozner@ci.charlotte.nc.us



Hello Dr. Aylward,

I'm sorry to inform you that I cannot grant your request that no machinery and equipment be stored in the portion of the easement between the creek and your house. The temporary construction easement (TCE), shown on the plans as the line with lower case letter e, was delineated to provide the contractor with adequate access to the work area and to provide the contractor with the necessary room to perform the work. The TCE also allows the contractor to store equipment and materials within the its limits. However, given the steepness of that particular portion of the property, it is likely (no guarantees, of course) that the contractor will choose to store equipment and materials in another area of the TCE, or even within the City's right of way in and along Hinsdale St.

Regarding your statement *"Friday before Easter, you responded to me that you must talk to some people, before you could answer my suggestion"*; I did discuss the proposed work on your property with four of the City's construction staff and with two private contractors who have done this type of work for the City. Those conversations were not to seek approval of your suggestion, but were rather to discuss your suggestion from a contractor's point of view, and more importantly to discuss how a contractor is likely to construct the improvements proposed for this area, as those improvements are currently shown on the plans. I had those conversations for my own verification so that when you and I meet at the property, that meeting will be more productive.

When we meet at the property to discuss the proposed work, in keeping with trying to make that meeting as productive as possible, I would like to invite my manager, Doug Lozner. For this week, we can meet with you at the property on Thursday (5/2) from 10:30 AM to 11:30 AM or on Friday (5/3) from 8:30 AM to 9:30 AM. Do either of those dates and times work for you?

Sincerely,

John Keene, P.E.
Project Manager
City of Charlotte Storm Water Services
600 East 4th St, 14th Floor
Charlotte, NC 28202
Email: jkeene@charlottenc.gov
Office: 704-432-5216
Mobile: 980-293-2086
StormWater.CharMeck.org



**From:** aylward@aylwardfamilylaw.com [mailto:aylward@aylwardfamilylaw.com]
**Sent:** Tuesday, April 30, 2019 11:27 AM
**To:** Keene, John <jkeene@ci.charlotte.nc.us>
**Cc:** aylward@aylwardfamilylaw.com
**Subject:** [EXT] Re: 2813 Hinsdale St

**EXTERNAL EMAIL**: This email originated from the Internet. Do not click any images, links or open any attachments unless you recognize and trust the sender and know the content is safe. Please forward all suspicious email to bad.mail@charlottenc.gov.

Good morning, Mr. Keene.

I hope you had a great Easter break. Nice to finally hear from you.

When we spoke two weeks ago, I asked you if you could:

Not store your heavy machinery & equipment on the 40 feet high, narrow strip between the creek and my house, because that threatens the foundation of the house.
Instead, I suggest that you please use the very convenient, relatively flat low bank of the creek on the other side from my house.
That low, convenient part of land is mine, and you can use it.

Friday before Easter, you responded to me that you must talk to some people, before you could answer my suggestoin.

1. did you have a chance to talk to these people? what was the result?
2. who are these people?

I would very much like to meet at the property and look at the maps together. Please give me your available dates this week.

If you really do not have the power to make decisions, as you keep suggesting, I would also like to invite to this meeting the people who do have the power.

I am negotiating in good faith, and want an opportunity to be heard by everybody who decides, as soon as possible.

Dr. Ilonka Aylward

> On Apr 30, 2019, at 9:02 AM, Keene, John <jkeene@ci.charlotte.nc.us> wrote:

Good morning Dr. Aylward,

I wanted to check in to see if you had a chance to talk with Johnny about the exhibits that I dropped off for you on 4/16. You had also mentioned meeting at the property to discuss some possible options and concerns. When you can, please send me some dates and times that work for you, and I'll be happy to meet you at the property.

Thanks,

John Keene, P.E.
Project Manager
City of Charlotte Storm Water Services
600 East 4th St, 14th Floor
Charlotte, NC 28202
Email: jkeene@charlottenc.gov
Office: 704-432-5216
Mobile: 980-293-2086
StormWater.CharMeck.org