Ilonka Aylward
v.
City of Charlotte
and
Charlotte-Mecklenburg Stormwater Services (a.k.a. "Charlotte Stormwater Services,"
a.k.a. "Charlotte/Mecklenburg Storm Water," a.k.a. "Charlotte Storm Water Services,"
a.k.a. "City of Charlotte Storm Water Services")
and
Armstrong Glen, P.C.
and
Joseph ("Josh") H. Letourneau, P.E.


**Ilonka Aylward's Complaint**



# Exhibit 16

**From:** Hammock, Daryl dhammock@ci.charlotte.nc.us
**Subject:** RE: Analysis and Geo Investigations
**Date:** September 3, 2019 at 3:58 PM
**To:** Ilonka Aylward draylward@carolina.rr.com



Greetings Ilonka,
Thanks for your patience as we looked through our project files to address the question you posed below.

The project team comprised of the City, Armstrong Glen(the Engineer), and Boyle Consulting Engineers (geotechnical engineer) collectively reviewed and approved a scope of services in 2014 aimed at testing the soils at two(2) locations for each of three culverts for a total of six (6) soil samples. The scope of services is attached which indicates a request to study soils for three named culverts: Highview Road, Champaign street, and Covered Bridge Lane as indicated in the attached sketch.

Based on review of these records there was no sampling request or analysis at Hinsdale by the team members, and as a result, there is no soils report on Hinsdale culvert. We have no indication that samples were taken or any report was written for Hinsdale culvert at any time.
Daryl

**From:** Hammock, Daryl
**Sent:** Tuesday, August 27, 2019 5:08 PM
**To:** 'Ilonka Aylward' <draylward@carolina.rr.com>
**Subject:** RE: Analysis and Geo Investigations

I have asked staff to look into this. I will let you know what we find. Some years ago the project manager changed, so we may not get all the answers.
Daryl

**From:** Ilonka Aylward [mailto:draylward@carolina.rr.com]
**Sent:** Monday, August 26, 2019 7:07 PM
**To:** Hammock, Daryl <dhammock@ci.charlotte.nc.us>
**Cc:** Ilonka Aylward <draylward@carolina.rr.com>
**Subject:** Re: Analysis and Geo Investigations

**EXTERNAL EMAIL**: This email originated from the Internet. Do not click any images, links or open any attachments unless you recognize and trust the sender and know the content is safe. Please click the Phish Alert button to forward the email to Bad.Mail.

Daryl,

I received all 4 emails now. Thank you.

The geo study that does not include Hinsdale culvert was, indeed, provided earlier, but I wonder if Hinsdale culvert geo study, exists too?
It is strange to think that Hinsdale culvert was excluded, given that Armstrong Glen

specifically ordered it, and that all the other culverts were studied.
Could you look to see if it was simply misplaced?

Thank you,
Ilonka

> On Aug 26, 2019, at 4:25 PM, Hammock, Daryl <dhammock@ci.charlotte.nc.us> wrote:
>
> Good afternoon,
> The documents referenced in the screen grab below were sent earlier this afternoon. Let me know if you did not get 4 separate emails with attachments associated with this request.
>
> I am told that the geotechnical investigation for the project was shared previously with you on May 13, 2019. A copy is included here for your convenience. As far as I can tell from a quick scan of the report, no soil samples have been taken at the proposed culvert near your property. In order to confidently deviate from the current design in hopes of avoiding a sewer line relocation, soil samples would need to be taken.
> Talk to you soon,
> Daryl
>
> **From:** Ilonka Aylward [mailto:draylward@carolina.rr.com]
> **Sent:** Monday, August 26, 2019 11:36 AM
> **To:** Hammock, Daryl <dhammock@ci.charlotte.nc.us>
> **Cc:** Ilonka Aylward <draylward@carolina.rr.com>
> **Subject:** Analysis and Geo Investigations
>
> <mark>**EXTERNAL EMAIL**: This email originated from the Internet. Do not click any images, links or open any attachments unless you recognize and trust the sender and know the content is safe. Please click the Phish Alert button to forward the email to Bad.Mail.</mark>
>
> Thank you.
> Just to make sure we keep track: you are still working on getting the docs I mentioned in a little earlier email, right? (Screen-grab below)
>
> Also, may I have a copy of the geotechnical investigation already performed at the location of the headwalls of the headwalls of the originally proposed 18x8 RCBC.
> I am talking about soil data obtained by boring at each end of the culvert.
>
> Thank you.
>
> <image001.png>
>> On Aug 26, 2019, at 8:49 AM, Hammock, Daryl <dhammock@ci.charlotte.nc.us> wrote:
>>
>> Good Morning