Ilonka Aylward
v.
City of Charlotte
and
Charlotte-Mecklenburg Stormwater Services (a.k.a. "Charlotte Stormwater Services,"
a.k.a. "Charlotte/Mecklenburg Storm Water," a.k.a. "Charlotte Storm Water Services,"
a.k.a. "City of Charlotte Storm Water Services")
and
Armstrong Glen, P.C.
and
Joseph ("Josh") H. Letourneau, P.E.

**Ilonka Aylward's Complaint**

# Exhibit 19

From: aylward@aylwardfamilylaw.com
Subject: A small request concerning item 41 on Monday 1/27/20 schedule
Date: February 3, 2020 at 8:01 AM
To: Tariq.Bokhari@charlottenc.gov

Dear Mr. Bokhari,

I am writing to ask for your help.

City Council considered condemnation of my house (2813 Hinsdale St.) last Monday (steep slope, funny accent, you were the speaker in charge.)

As an aside, as a business-woman, I admire your brisk management style and sense of humor. But that's not why I am imposing on your time.

I understood from what you said that you were led to believe that something in my package was contrary to the facts.

I need your help pinpointing what it may be.

As a lawyer, I take grounding in fact very seriously. I sent out extensive FOIA requests (City, County, US Army Corps of Engineers, and City again) requested information from Stormwater and City Engineer, emailed and called the CWA agencies. I also engaged a very respected engineer to access the situation.

Also, my 60-day letter ends with a request to please let me know if something in the letter is incorrect. I sent it to 15+ people, and none of them came forward to correct me.

**I truly think I got all the facts right, and I need your help to find out what is wrong.**

So this is why I am writing. I need your help. <u>If Council thinks that something is incorrect in my package (or if Council knows somebody who knows somebody why might know), could you please assist me with ascertaining what I may have gotten wrong. I take veracity of my allegations very seriously, and ask to please help before I go forward</u>.

Thank you very much. The Council was very generous with its time, and I appreciate it.

Dr. Ilonka Aylward
704.334.5902