Ilonka Aylward
v.
City of Charlotte
and
Charlotte-Mecklenburg Stormwater Services (a.k.a. "Charlotte Stormwater Services,"
a.k.a. "Charlotte/Mecklenburg Storm Water," a.k.a. "Charlotte Storm Water Services,"
a.k.a. "City of Charlotte Storm Water Services")
and
Armstrong Glen, P.C.
and
Joseph ("Josh") H. Letourneau, P.E.


**Ilonka Aylward's Complaint**


# Exhibit 20

All photos are Hinsdale Street Culvert and downstream on 2813 Hinsdale St. Charlotte, N.C. 28210 unless otherwise marked



**Photo 1**
2813 Hinsdale Street, Charlotte, North Carolina 28210
Hinsdale St. Culvert over McMullen creek tributary (behind the mailbox/lion)



**Photo 2**
Defendants intend to bulldoze the Slope from stream-bed below up to the retaining wall (shown) under Plaintiff's House



**Photo 3**
View from Plaintiff' House down, at the Stream. Hinsdale culvert is the pipe (below, left)
Defendants intend to bulldoze the Slope from stream-bed to the retaining wall, shown



**Photo 4.**
Stable and low left bank offers convenient access to the Hinsdale culvert construction area on Plaintiff's land and for storage of materials and equipment. This land belongs to Plaintiff, and Plaintiff repeatedly offered that Defendants use it, and leaven alone the steep right Slope under the house

Green arrows mark Plaintiff's land, which Plaintiff offered to Defendants for access and storage, but Defendants refuse



**Photo 5**

Eroded bank downstream of Hinsdale Street Culvert on Plaintiff's property. The 5-6 foot high vertical / concave drop is not reflected on Defendants' constriction maps.
Defendants refuse to properly stabilize this eroded bank



**Photo 6**

Eroded bank downstream of Hinsdale Culvert, with concave eroded drop. Defendants do not show erosion on constriction maps and refuse to properly stabilize the eroded bank



**Photo 7**
A culvert extension, installation. This is Defendant's CMSWS Cherokee / Scotland Project
Culvert extension is the typical solution used on construction where steep slopes must be
stabilized, and Defendants regularly use this measure

Defendants improperly refuse this customary and necessary stabilization measure (or any other
stabilization measure) to stabilize the eroding steep high slope downstream of Hinsdale Culvert
on Plaintiff property



**Photo 8**

Eroded Slope of stream bank downstream of Hinsdale Culvert, under Plaintiff's House
Bedrock on the bottom of the stream (left corner of the photo)
Defendants refuse to acknowledge erosion on construction maps and refuse to property stabilize the eroded bank. but plan to throw mud and fill into the steam.



**Photo 9**

Mayor Pro Tem Julie Eiselt intently and conscientiously studies Plaintiff-Landowner's materials, even as the Charlotte City Mayor Vi Lyles just instructed the City Council to disregard all evidence of Clean Water violations in Defendants' construction design and to vote to "trust" Defendant Stormwater, and some City Council are voting to "trust" Stormwater without further review of the Project



**Photos 10 A, B**

Improperly designed stormwater outfall.

Above: Stormwater from the outfall improperly shoots at the right bank (90 degrees to the main stream) Stormwater scoured a hole in the right bank

Left:
Close-up of the scoured hole.
Both photos: bedrock in the stream. Defendants insist on blasting bedrock to double cross sewage under bedrock / under water. Sewage alignment along soft left bank, per design of Diamond Engineering design, is environmentally preferable alternative

erosion

**Photo 11**

**a typical solution used for steep unstable slopes by Defendants Armstrong Glen, P.C. and the City of Charlotte — culvert extension**





**Photo 12**

Approximate position of temporary driveway Defendants will install.
A driver who misses the 90 degree turn onto the remaining driveway is headed for the approximately 20 foot drop onto the bedrock of the steam

**Photo 13 A, B**

the steepness of the upper leg of driveway (which will not be disturbed by construction) makes Defendants' plan to cut off the lower part of the driveway and add the temporary driveway leg at 90 degrees (as shown on photo 12) impossible and very dangerous.





**Photo 14**

View at the house from the lower retaining wall that is inside the area of Defendants' threatened grading.

Defendants threaten to grade the slope from the stream up to this retaining wall.

Defendants specifically insisted on including the retaining wall into the land they took

Defendants plan to store equipment and materials on the slope in the vicinity of this retaining wall
Defendants refuse to stabilize the slope after they destroy it