IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NUMBER 3:21-CV-00232-MOC-SCR

| | |
|---|---|
| ILONKA AYLWARD,<br>         Plaintiff,<br>vs.<br><br>CITY OF CHARLOTTE,<br><br>Charlotte Mecklenburg Stormwater Services (a.k.a. "Charlotte Stormwater Services," "Charlotte/Mecklenburg Storm Water," "Charlotte Storm Water Services," "City of Charlotte Storm Water Services"),<br><br>Armstrong Glen, P.C.,<br><br>Joseph ("Josh") H. Letourneau, P.E.,<br>         Defendants | NOTICE OF APPEAL |

Plaintiff Ilonka Aylward appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on 9/4/2024 and the intermediate orders necessarily affecting the judgment, including Order entered on 10/29/2021 (Doc. 69), Order entered on 9/1/22 (Doc. 106), Order entered on 4/26/23 (Doc. 142) and "Order" entered on 5/8/23 (Doc. 144).

Respectfully submitted this the 1st day of October 2024.

              /s/ Ilonka Aylward
              Ilonka Aylward, Esq. N.C. State Bar 31933
              1645 Scotland Ave
              Charlotte, North Carolina 28207
              aylward@aylwardfamilylaw.com
              (704) 560.4854

1

CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the users registered on the Court's CM/ECF System, and served the attorneys directly by e-mail to the addresses registered with this court as follows:

The CITY OF CHARLOTTE
c/o Ryan Rich
600 East 4th Street
Charlotte, N.C. 28202
ryan.rich@charlottenc.gov

Mr. ARMSTRONG GLEN, P.C.
and
JOSEPH ("JOSH") H. LETOURNEAU, P.E.,
c/o Sandra Mitterling Schilder
Ragsdale Liggett, PLLC
2840 Plaza Place, Suite 400
sschilder@rl-law.com

Mecklenburg County
c/o Ronald L. Gibson
Buff, Bond, Cobb, Wade & Bethune, LLP
831 East Morehead Street, Suite 560
Charlotte, N.C. 28202
rgibson@rbcwb.com

Dated: October 1, 2024

/s/ Ilonka Aylward
Ilonka Aylward, Esq.
N.C. State Bar 31933
1645 Scotland Ave
Charlotte, North Carolina 28207
aylward@aylwardfamilylaw.com
(704) 560.4854